F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-mj-07002-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    BRIAN K. CALE,

        Defendant.

---

### ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for a sentencing hearing before the United States District Court for the District of Colorado on December 14, 2005 at 8:30 a.m. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Brian K. Cale, defendant, now confined in the El Paso County Jail located at 2739 E. Las Vegas, Colorado Springs, CO 80906, before a United States Judge, sitting at Denver, Colorado, on December 14, 2004 at 8:30 a.m., and from day to day thereafter, for a sentencing hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as

an agent of the United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this 13th day of December, 2005.

BY THE COURT:

_____
Bob Blackburn
UNITED STATES ~~CHIEF~~ JUDGE ~~LEWIS T. BABCOCK~~
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO